IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NU-YOU TECHNOLOGIES, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-3433 |
| | § | JURY DEMAND |
| BEAUTY TOWN INTERNATIONAL INC. | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATED MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff Nu-You Technologies, LLC ("Nu-You") and Defendant Beauty Town International Inc. ("Beauty Town"), file this Joint Stipulated Motion for Dismissal.

Nu-You hereby dismiss all claims against Beauty Town with prejudice. Beauty Town hereby dismisses all counterclaims against Nu-You without prejudice as moot.

Each party to bear its own costs, expenses, and attorneys' fees.

A Proposed Order granting the requested relief is filed herewith.

1

Respectfully submitted,

<div style="display: flex;">

By: */s/ Steven N. Williams*
**Steven N. Williams**
swilliams@mcdolewilliams.com
TX State Bar No. 21577625
**William Zac Duffy**
zduffy@mcdolewilliams.com
TX State Bar No. 24059697

**MCDOLE WILLIAMS**
A PROFESSIONAL CORPORATION
1700 Pacific Avenue, Suite 2750
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 – Facsimile

ATTORNEYS FOR PLAINTIFF
NU-YOU TECHNOLOGIES, LLC

By: */s/ David B. Conrad*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

ATTORNEYS FOR DEFENDANT
BEAUTY TOWN INTERNATIONAL INC.

</div>

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consent to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule LR 5.1(d) on August 24, 2017.

>  */s/ Steven N. Williams*
>     Steven N. Williams