AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NU-YOU TECHNOLOGIES, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-3433 |
| | § | JURY DEMAND |
| BEAUTY TOWN INTERNATIONAL INC. | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATED MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff Nu-You Technologies, LLC ("Nu-You") and Defendant Beauty Town International Inc. ("Beauty Town"), file this Joint Stipulated Motion for Dismissal.

Nu-You hereby dismiss all claims against Beauty Town with prejudice.  Beauty Town hereby dismisses all counterclaims against Nu-You without prejudice as moot.

Each party to bear its own costs, expenses, and attorneys' fees.

A Proposed Order granting the requested relief is filed herewith.

1

Respectfully submitted,

| | |
|---|---|
| By: */s/ Steven N. Williams* | By: */s/ David B. Conrad* |
| **Steven N. Williams** | Neil J. McNabnay |
| swilliams@mcdolewilliams.com | njm@fr.com |
| TX State Bar No. 21577625 | Texas Bar No. 24002583 |
| **William Zac Duffy** | David B. Conrad |
| zduffy@mcdolewilliams.com | conrad@fr.com |
| TX State Bar No. 24059697 | Texas Bar No. 24049042 |
| | Ricardo J. Bonilla |
| **MCDOLE WILLIAMS** | rbonilla@fr.com |
| A PROFESSIONAL CORPORATION | Texas Bar No. 24082704 |
| 1700 Pacific Avenue, Suite 2750 | |
| Dallas, Texas 75201 | **FISH & RICHARDSON P.C.** |
| (214) 979-1122 - Telephone | 1717 Main Street, Suite 5000 |
| (214) 979-1123 – Facsimile | Dallas, TX 75201 |
| | (214) 747-5070 (Telephone) |
| ATTORNEYS FOR PLAINTIFF | (214) 747-2091 (Facsimile) |
| NU-YOU TECHNOLOGIES, LLC | |
| | ATTORNEYS FOR DEFENDANT |
| | BEAUTY TOWN INTERNATIONAL INC. |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who consent to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule LR 5.1(d) on August 24, 2017.

*/s/ Steven N. Williams*
Steven N. Williams
